JS-6

FILED
CLERK, U.S. DISTRICT COURT
APR 11 2008
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DANIEL MURPHY,<br>      Petitioner,<br>      v.<br>JAMES A. YATES,<br>      Respondent. | NO. ED CV 07-0573 AHM (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: April 11, 2008.

_____
A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE